NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 11 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    19-50154 |
| Plaintiff-Appellee, | D.C. No. 2:18-cr-00687-RGK-1 |
| v. | |
| ADOLFO ROSALES LOZANO, AKA Adolfo Lozano, AKA Rogelio, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted June 2, 2020[**]

Before:     LEAVY, PAEZ, and BENNETT, Circuit Judges.

Adolfo Rosales Lozano appeals from the district court's judgment and

challenges his guilty-plea convictions and aggregate 180-month sentence for

possession with intent to distribute methamphetamine, in violation of 21 U.S.C.

§ 841(a)(1), (b)(1)(A)(iii), and carrying a firearm during and in relation to a drug

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Lozano's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Lozano the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Lozano waived his right to appeal his conviction, with the exception of an appeal based on a claim that his plea was involuntary.  He also waived the right to appeal most issues related to his sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to the voluntariness of Lozano's plea or any sentencing issues outside the scope of the appeal waiver.  We therefore affirm as to those issues.  We dismiss the remainder of the appeal in light of the valid appeal waiver.  *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**